## EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| ORENE ESPOSITO,<br><br>               Plaintiff,<br><br>          v.<br><br>WATERMARK LODGING TRUST, INC.,<br>MICHAEL G. MEDZIGIAN, BRENDAN M.<br>MEDZIGIAN, SAMUEL C. ZINMASTER,<br>ROBERT E. PARSONS, JR., CHARLES S.<br>HENRY, KATHERINE G. LUGAR, SIMON<br>M. TURNER, RUSSELL GIMESTOB,<br>ALEXANDER HALPERN, MICHAEL D.<br>JOHNSON, and WILLIAM H. REYNOLDS,<br>JR.;<br><br>               Defendants. | Case No. 1:22-cv-03110<br><br><br>**STIPULATION OF<br>DISCONTINUANCE** |

IT IS HEREBY STIPULATED AND AGREED, among Plaintiff Orene Esposito ("Plaintiff") and Watermark Lodging Trust, Inc., Michael G. Medzigian, Brendan M. Medzigian, Samuel C. Zinmaster, Robert E. Parsons, Jr., Charles S. Henry, Katherine G. Lugar, Simon M. Turner, Russell Gimestob, Alexander Halpern, Michael D. Johnson, and William H. Reynolds, Jr. ("Defendants"), by and through their undersigned attorneys of record, that:

1. No party to this action is an infant, incompetent person for whom a committee has been appointed, or a conservatee, and no person not a party has any interest in the subject matter of the action;

- 12 -

Document Ref: SF8EX-R494F-INKC7-P4CIC
Document Ref: 2QQSW-GEKVK-EH7PC-ES9ZQ

2.      Each of Plaintiff's claims against each of the Defendants in the above-captioned action is hereby dismissed *with prejudice*, with each party bearing its own costs.

Dated: March __, 2023    2023-04-12

*Anthony Candido*
_____
Anthony M. Candido
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019

*Attorneys for Defendants*

*Laurence M. Landsman*
_____
Laurence M. Landsman, PLLC
LANDSMAN SALDINGER
    CARROLL, PLLC
161 North Clark Street, Suite 1600
Chicago, IL 60601

-and-

Lynda J. Grant
THE GRANT LAW FIRM, PLLC
521 Fifth Avenue, 17th Floor
New York, NY 10175

*Attorneys for Orene Esposito*

- 13 -

Document Ref: 2QQSW-GEKVK-EH7PC-ES9ZQ